UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STANDEVER ELECTRICAL CONSTRUCTION
CORP., and DOUGLAS STANDER and JEANNE
STANDER, individually and as the Parents and Natural
Guardians of DAVID STANDER, a minor,

                                        Plaintiffs,

                    -against-

UNITED HEALTH CARE, INC., and OXFORD
HEALTH PLANS,

                                        Defendants.
----------------------------------------------------------------X

CIV. ACT. NO. 12- CV-1371 (SJF) (ARL)

**DEFENDANT OXFORD HEALTH PLANS (NY), INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

DOCUMENT
ELECTRONICALLY FILED

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, Oxford Health Plans (NY), Inc. incorrectly sued herein as Oxford Health Plans, certifies that UnitedHealth Group Incorporated is its corporate parent, which is publicly held and owns 10% or more of its stock.

    Dated: New York, New York
          May 21, 2012

                                        Respectfully submitted,

                                         /s                               
                                        Michael H. Bernstein (MHB 0579)
                                        John T. Seybert (JTS 5014)
                                        SEDGWICK LLP
                                        125 Broad Street, 39th Floor
                                        New York, New York 10004-2400
                                        Telephone: (212) 422-0202

                                        ATTORNEYS FOR DEFENDANTS
                                        UNITED HEALTH CARE, INC. AND OXFORD HEALTH
                                        PLANS (NY), INC. INCORRECTLY SUED HEREIN AS
                                        OXFORD HEALTH PLANS

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT OXFORD HEALTH PLANS (NY), INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** was served via ECF and Regular Mail on this 21st day of May, 2012, upon the following:

>Richard E. Fish, Esq.
>DUNCAN, FISH & VOGEL, LLP.
>317 Middle Country Road, Suite #5
>Smithtown NY 11787
>
>Business Phone:  (631) 979-8001
>Business E-mail:  dfvlaw@optonline.net

/s
JOHN T. SEYBERT (JTS 5014)

Dated:   New York, New York
         May 21, 2012