UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STANDEVER ELECTRICAL CONSTRUCTION
CORP., and DOUGLAS STANDER and JEANNE                    CIV. ACT. NO. 12- CV-1371 (SJF) (ARL)
STANDER, individually and as the Parents and Natural
Guardians of DAVID STANDER, a minor,

                                    Plaintiffs,          **DEFENDANT UNITED
                                                         HEALTHCARE, INC.'S
                                                         DISCLOSURE STATEMENT
                    -against-                            PURSUANT TO RULE 7.1**

UNITED HEALTH CARE, INC., and OXFORD
HEALTH PLANS,
                                                         DOCUMENT
                                    Defendants.          ELECTRONICALLY FILED

----------------------------------------------------------------X


       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel

of record for Defendant, United Health Care, Inc. ("UHI"), certifies that UnitedHealth Group

Incorporated is the corporate parent of UHI, which is publicly held and owns 10% or more of UHI's

stock.

       Dated: New York, New York
              May 21, 2012

                                            Respectfully submitted,


                                            _/s_____
                                            Michael H. Bernstein (MHB 0579)
                                            John T. Seybert (JTS 5014)
                                            SEDGWICK LLP
                                            125 Broad Street, 39th Floor
                                            New York, New York 10004-2400
                                            Telephone: (212) 422-0202

                                            ATTORNEYS FOR DEFENDANTS
                                            UNITED HEALTH CARE, INC. AND OXFORD HEALTH
                                            PLANS (NY), INC. INCORRECTLY SUED HEREIN AS
                                            OXFORD HEALTH PLANS

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached

**DEFENDANT UNITED HEALTHCARE, INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** was served via ECF and Regular Mail on this 21st day of May, 2012,

upon the following:

> Richard E. Fish, Esq.
> DUNCAN, FISH & VOGEL, LLP.
> 317 Middle Country Road, Suite #5
> Smithtown NY 11787
>
> Business Phone:  (631) 979-8001
> Business E-mail:  dfvlaw@optonline.net

<div style="margin-left:45%">

/s_____
JOHN T. SEYBERT (JTS 5014)

</div>

Dated:      New York, New York
              May 21, 2012