UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STANDEVER ELECTRICAL CONSTRUCTION
CORP., and DOUGLAS STANDER and JEANNE
STANDER, individually and as the Parents and Natural
Guardians of D. S., a minor,

                               Plaintiffs,

         -against-

UNITED HEALTH CARE, INC., and OXFORD
HEALTH PLANS,

                              Defendants.
------------------------------------------------------------------X

CIV. ACT. NO. 12- CV-1371 (SJF) (ARL)

**DEFENDANT UNITED HEALTHCARE, INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

DOCUMENT
<u>ELECTRONICALLY FILED</u>

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, United Health Care, Inc. ("UHI"), certifies that UnitedHealth Group Incorporated is the corporate parent of UHI, which is publicly held and owns 10% or more of UHI's stock.

      Dated: New York, New York
             May 21, 2012

                                          Respectfully submitted,

                                           /s/
                                       Michael H. Bernstein (MHB 0579)
                                       John T. Seybert (JTS 5014)
                                       SEDGWICK LLP
                                       125 Broad Street, 39th Floor
                                       New York, New York 10004-2400
                                       Telephone: (212) 422-0202

                                       ATTORNEYS FOR DEFENDANTS
                                       UNITED HEALTH CARE, INC. AND OXFORD HEALTH
                                       PLANS (NY), INC. INCORRECTLY SUED HEREIN AS
                                       OXFORD HEALTH PLANS

## CERTIFICATE OF SERVICE

I, JOHN T. SEYBERT, hereby certify and affirm that a true and correct copy of the attached **DEFENDANT UNITED HEALTHCARE, INC.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** was served via ECF and Regular Mail on this 21st day of May, 2012, upon the following:

>Richard E. Fish, Esq.
>DUNCAN, FISH & VOGEL, LLP.
>317 Middle Country Road, Suite #5
>Smithtown NY 11787
>
>Business Phone:  (631) 979-8001
>Business E-mail:  dfvlaw@optonline.net

>/s
>JOHN T. SEYBERT (JTS 5014)

Dated:   New York, New York
         May 21, 2012