UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

STANDEVER ELECTRICAL CONSTRUCTION
CORP., and DOUGLAS STANDER and JEANNE
STANDER, individually and as the Parents and
Natural Guardians of      D. S.      , a minor,

                                          Plaintiffs,

                        -against-

UNITED HEALTH CARE, INC., and OXFORD
HEALTH PLANS,

                                          Defendants.

-----------------------------------------------------------------X

CIV. ACT. NO. 12- CV-1371 (SJF) (ARL)

**STIPULATION OF WITHDRAWAL
OF THIRD CAUSE OF ACTION
WITH PREJUDICE** _____


  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that plaintiffs

voluntarily withdraw their Third Cause of Action for a violation of New York General Business Law §349

with prejudice.  This stipulation may be filed without further notice with the Clerk of the Court

  **IT IS FURTHER STIPULATED AND AGREED** that for the purpose of this Stipulation, a

signature made by a facsimile or electronic copy shall have the same force and effect as an original

signature.

Dated:  New York, New York
        May 1, 2012

_____
RICHARD E. FISH (REF 6300)
DUNCAN, FISH & VOGEL, LLP.
317 Middle Country Road, Suite #5
Smithtown, New York 11787
T. (631) 979-8001
*Attorneys for Plaintiffs*

_____
MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004
T: (212) 422-0202
*Attorneys for Defendants*


SO ORDERED:


_____
HON. SANDRA J. FEUERSTEIN, U.S.D.J.