05/01/2012  14:43    631-724-5163                LAW OFFICE                              PAGE  02

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★  MAY 29 2012  ★ 

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STANDEVER ELECTRICAL CONSTRUCTION
CORP., and DOUGLAS STANDER and JEANNE
STANDER, individually and as the Parents and
Natural Guardians of    D. S.    , a minor,

                Plaintiffs,

-against-

UNITED HEALTH CARE, INC., and OXFORD
HEALTH PLANS,

                Defendants.
-------------------------------------------------------------X

CIV. ACT. NO. 12- CV-1371 (SJF) (ARL)

**STIPULATION OF WITHDRAWAL
OF THIRD CAUSE OF ACTION
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that plaintiffs voluntarily withdraw their Third Cause of Action for a violation of New York General Business Law §349 with prejudice. This stipulation may be filed without further notice with the Clerk of the Court

**IT IS FURTHER STIPULATED AND AGREED** that for the purpose of this Stipulation, a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: New York, New York
       May 1, 2012

_____
RICHARD E. FISH (REF 6300)
DUNCAN, FISH & VOGEL, LLP.
317 Middle Country Road, Suite #5
Smithtown, New York 11787
T. (631) 979-8001
*Attorneys for Plaintiffs*

_____
MICHAEL H. BERNSTEIN (MB 0579)
JOHN T. SEYBERT (JS 5014)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004
T: (212) 422-0202
*Attorneys for Defendants*

SO ORDERED
5/29/12      s/ Sandra J. Feuerstein
_____
HON. SANDRA J. FEUERSTEIN, U.S.D.J.