UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------
STANDEVER ELECTRICAL CONSTRUCTION
CORP., ET.AL                                         Case No.: 12-cv-1371 (SJF)(ARL)
                        Plaintiff,

        -against-

UNITED HEALTH CARE, INC.,
AND OXFORD HEALTH PLANS.,
                        Defendant.
------------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒   I have cases pending                    ☐   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
FILL IN ATTORNEY NAME

My SDNY Bar Number is:   JS 5014        My State Bar Number is   _____

I am,
    ☒   An attorney
    ☐   A Government Agency attorney
    ☐   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 125 Broad Street, New York New York 10004
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
        was entered on _____ by Judge _____

Dated: 10/16/2012                           s/ _____
                                            ATTORNEY'S SIGNATURE
                                            John T. Seybert


American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 16th day of October, 2012, upon the following:

Richard E. Fish, Esq.<br>
DUNCAN, FISH & VOGEL, LLP<br>
317 Middle Country Road, Suite #5<br>
Smithtown, New York 11787

                                               s/
                                            John T. Seybert

Dated:    New York, New York
              October 16, 2012